FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR -5  P 2: 06

CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DELORES WETHERINGTON,  )
　)
Plaintiff,  )
　)
v.  )   CIVIL ACTION NO.: CV206-261
　)
MICHAEL J. ASTRUE,  )
Commissioner of Social Security,  )
　)
Defendant.  )

### ORDER

Plaintiff filed the captioned action on October 19, 2006. On January 8, 2007, the Commissioner filed an answer to Plaintiff's complaint, and on January 9, 2007, the Court entered an order directing the filing of briefs in this appeal from a social security benefits decision. That Order directed Plaintiff to file a brief in support of the claim within thirty days. Plaintiff has failed to file a brief as directed.

Plaintiff is hereby allowed a period of fifteen (15) days from the date of this Order to show good cause why said brief has not been filed. Plaintiff's failure to establish such good cause will result in the dismissal of the complaint without prejudice.

**SO ORDERED**, this _5th_ day of March, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)