IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR -8 P 4: 37

CLERK

| | | |
|---|---|---|
| **DELORES WETHERINGTON** | ~ | |
| | ~ | |
| **Petitioner,** | ~ | |
| | ~ | |
| **Vs.** | ~ | **CIVIL ACTION NO. CV206-261** |
| | ~ | **Social security 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** |
| **JO ANNE B. BARNHART,** | ~ | |
| **Commissioner of Social Security** | ~ | |
| | ~ | |
| **Respondent,** | ~ | |

## DISMISSAL

COMES NOW, Petitioner, DELORES WETHERINGTON, by and through her

attorney, HOLLE WEISS-FRIEDMAN, and files this DISMISSAL of her action pending

herein, without prejudice.

This the ___ day of March, 2007

_____
Holle Weiss-Friedman
Attorney for Petitioner
State Bar No. 746465

FILED
2007 MAR 13 A 9: 41
U.S. DISTRICT COURT
SOUTHERN DIV.

1711 Reynolds Street
P. O. Box 1178
Brunswick, Georgia  31521
(912) 267-0400 Phone
(912) 262-0620 Facsimile

Approved this ___ day of March, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1