AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DELORES WETHERINGTON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-261

JO ANNE B. BARNHART,
Commissioner of Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that accordance with the order of the Court entered March 13, 2007, Petitioner, DELORES WETHERINGTON, by and through her attorney, HOLLE WEISS-FRIEDMAN, and files this DISMISSAL of her action pending herein, without prejudice.

| 3/13/2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
|  | _(signature)_ |
|  | (By) Deputy Clerk |

GAS Rev 10/1/03